## FIRST STATE BANK OF GUTHRIE v. CHANNELL.

No. 16859—Opinion Filed Sept. 21, 1926.

Error from District Court, Johnston County; J. H. Linebaugh, Judge.

Action between the First State Bank of Guthrie and H. T. Channell. From the judgment, the former brings error. Reversed and remanded.

Cornelius Hardy and T. G. Ramsey, for plaintiff in error.

Ratliff & Ratliff and Geo. L. Trice, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.

---

## FIRST NATIONAL BANK OF BEGGS v. MARTIN, Adm'x.

No. 17160—Opinion Filed Sept. 21, 1926.

Error from District Court, Okmulgee County; James Hepburn, Judge.

Action between the First National Bank of Beggs, Okla., and Mabel Martin, administratrix of the estate of Chas. E. Martin. From the judgment, the former brings error. Reversed and remanded.

E. F. Maley, for plaintiff in error.

Farrar & Milner, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.